1
2
3
4                    UNITED STATES DISTRICT COURT
5                   EASTERN DISTRICT OF WASHINGTON
6   KEITH E. MYERS,                    )
                                       )
7           Plaintiff,                 )
                                       )        NO.  CV-08-393-CI
8           v.                         )
                                       )        **JUDGMENT IN A**
9   MICHAEL J. ASTRUE,                 )           **CIVIL CASE**
    Commissioner of Social Security,   )
10                                     )
            Defendant.                 )
11  _____)
12
13      **STIPULATION BY THE PARTIES**:
14          The parties have stipulated to the remand of the captioned matter pursuant to
15  sentence four of 42 U.S.C. § 405(g).
16          **IT IS ORDERED AND ADJUDGED** that**:**
17          The matter is **REVERSED and REMANDED** for additional proceedings pursuant
18  to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.
19          DATED: December 1, 2009
20                                          JAMES R. LARSEN
                                            District Court Executive/Clerk
21
                                            s/ L. Stejskal
22                                          Deputy Clerk
23
24
25
26
27
28